*E-Filed 6/29/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIBAURA MECHATRONICS CORPORATION, a Japanese Corporation,<br><br>Plaintiff,<br>v.<br><br>SPANSION, LLC, a Delaware Limited Liability Company, and SPANSION, INC., A Delaware Corporation,<br><br>Defendants. | No. 5:09 CV 0808 JF<br><br>**ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned action was filed on February 25, 2009. On March 13, 2009, defendants gave notice that they have filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code. Since that time, no party has taken any action in this matter.

The Court hereby issues this ORDER TO SHOW CAUSE in writing why this case should not be dismissed for failure to prosecute. The Court will hear oral argument on the Order to Show Cause on August 21, 2009 at 10:30 a.m.

If plaintiff does not file a response to the ORDER TO SHOW CAUSE by August 14, 2009, demonstrating why the case should not be dismissed, the Court will dismiss the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: 6-29-09

JEREMY FOGEL
United States District Judge