**E-Filed 08/20/2010**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SHIBAURA MECHATRONICS CORPORATION, a Japanese Corporation,<br><br>Plaintiff,<br>v.<br><br>SPANSION LLC, a Delaware Limited Liability Company; and SPANSION, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 09-CV-00808-LHK<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

On August 18, 2010, Plaintiff Shibaura Mechatronics Corporation and Defendants Spansion LLC and Spansion, Inc. filed a joint stipulation of voluntary dismissal pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii). As stated in the stipulation, the action is dismissed in its entirety with prejudice. The Clerk shall close the file and terminate any pending motions.

**IT IS SO ORDERED.**

Dated: August 20, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge